**FRED P. BENNETT**
ATTORNEY AT LAW
1800 WALT WHITMAN ROAD
MELVILLE, NEW YORK 11747

**FRED P. BENNETT**

631-694-6424
FAX: 631-694-7156

BEVERLY A. BENNETT-LEGAL ASSISTANT

<u>VIA FEDERAL EXPRESS</u>

July 8, 2005

Hon. Joanna Seybert, U.S.D.J.  *Courtesy Copy - Original Filed Electronically*
United States District Court
Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

    Re:    Cheryl E. Farb and Harold R. Newman v. Baldwin U.F.S.D., et al.
            Case No.: CV-05-0596 (JS)(ETB)
            Plaintiff's Answering Papers to Defendant's Motion to Partial Dismiss Complaint
            Return Date: August 12, 2005

Dear Judge Seybert:

      I represent the plaintiffs in the above referenced matter. Enclosed please find courtesy copies of the following documents which have been electronically filed with the Court:

      1.  Affirmation in Opposition to Motion to Partially Dismiss Complaint, bearing electronic document number 24;

      2.  Plaintiffs' Memorandum of Law in Opposition to Motion to Partially Dismiss Complaint, bearing electronic document number 25.

      Please be further advised that these answering papers have been served, via overnight mail, upon Abbot, Reiss & Allen, P.C., counsel for the defendants.

                                    Respectfully submitted,

                                    FRED P. BENNETT (FB-9059)

FPB:bab
cc: Abbott, Reiss & Allen, P.C.
    Attn: Guy M. Allen, Esq.