UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
CHERYL E. FARB and
HAROLD R. NEWMAN,

              Plaintiffs,        MEMORANDUM AND ORDER
                                 05-CV-0596(JS)(ETB)

    - against -

BALDWIN UNION FREE SCHOOL
DISTRICT, BALDWIN UNION FREE
SCHOOL DISTRICT BOARD OF
EDUCATION, JAMES BROWN in his
official capacity as Principal
and individually, ARLENE
GUERRERO in her official
capacity as Assistant Principal
and individually, and DR. LEE
CHAPMAN in his former official
capacity as Deputy
Superintendent and individually,

              Defendants.
----------------------------------x
APPEARANCES:

For Plaintiffs:      Fred P. Bennett, Esq.
                     1800 Walt Whitman Road
                     Melville, New York 11747

For Defendants:      Lewis R. Silverman, Esq.
                     Jennifer H. Pymm, Esq.
                     Rutherford & Christie, LLP
                     369 Lexington Avenue
                     New York, New York 10017

SEYBERT, District Judge:

       Pending before the Court is Plaintiffs' application requesting permission for Dr. Margaret Freedman to testify telephonically. Plaintiffs' application is DENIED. Plaintiffs have not shown a compelling reason to permit Dr. Freedman to testify telephonically. See Gulino v. Bd. of Educ., No. 96-CV-8414, 2003 U.S. Dist. LEXIS 4907, at *2-3 (S.D.N.Y. Mar. 28, 2003)

(rejecting application to permit witness to testify telephonically or via video-conference). "The importance of presenting live testimony in court cannot be forgotten. . . . Transmission cannot be justified merely by showing that it is inconvenient for the witness to attend the trial." Id. (quoting Fed. R. Civ. P. 43 Advisory Committee's Note).

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   Central Islip, New York
         April 20, 2009