```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X
CHERYL FARB AND HAROLD NEWMAN

       -V-                              ORDER OF SUSTENANCE,
                                    LODGING, OR TRANSPORTATION
                                           CV 05- 596 (JS)
BALDWIN SCHOOL DISTRICT, ET AL.
----------------------------X
```

SEYBERT, DISTRICT JUDGE:

It is hereby ORDERED that the Clerk of the Court supply proper:

( X ) SUSTENANCE

(   ) LODGING

(   ) TRANSPORTATION

to the ( 8 ) jurors empanelled in the above entitled case

(   ) DURING TRIAL

( X ) DELIBERATING

(   ) SEQUESTERED

(   ) BREAKFAST

( X ) LUNCH

(   ) DINNER

(   ) OTHER _____

```
                                              /S/
DATED: CENTRAL ISLIP, NY              JOANNA SEYBERT, U.S.D.J.
       MAY 6, 2009
```

A TRUE COPY ATTEST
Date:_____
ROBERT C. HEINEMANN, CLERK
By: