5:25

DATE: __5/ 6/2009__                    AT: __9:00__

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE ON TRIAL</u>

DOCKET NUMBER: __05-596__

TITLE: __FARB -V- BALDWIN SCHOOL DISTRICT__

APPEARANCES:

FOR PLAINTIFF(S): __RICK OSTROVE__

FOR DEFENDANT(S): __LEWIS SILVERMAN; SAMANTHA VELEZ__

REPORTER: HARRY RAPAPORT

| | |
|---|---|
| __X__ | CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT. |
| __X__ | CLOSING ARGUMENTS. |
| __X__ | JURY CHARGED, DELIBERATES. |
| __X__ | JURY RENDERS VERDICT IN FAVOR OF PLAINTIFFS. |
| __X__ | OTHER: DEFENDANTS MOVE ORALLY TO VACATE JURY VERDICT. MEMORANDUM TO BE FILED 5/15/2009. |