```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
CHERYL E. FARB,                      :
HAROLD R. NEWMAN,                    :
                                     :
              Plaintiffs,            :
                                     :
         -against-                   : 05-CV-0596(JS)(ETB)
                                     :
                                     :
BALDWIN UNION FREE SCHOOL            : NOTICE OF MOTION
DISTRICT, BALDWIN UNION FREE         :
SCHOOL DISTRICT BOARD OF             :
EDUCATION, JAMES BROWN in his        :
official capacity as Principal       :
and individually, ARLENE             :
GUERRERO in her official             :
capacity as Assistant Principal      :
and individually, and DR. LEE        :
CHAPMAN in his former official       :
capacity as Deputy                   :
Superintendent and individually,     :
                                     :
              Defendants.            :
------------------------------------x
```

**PLEASE TAKE NOTICE**, that upon the accompanying declaration of Lewis R. Silverman, Esq. and Samantha Vélez, Esq., sworn to on the 15th day of May, 2009, and the Memorandum of Law in Support of Defendants' post trial motion by their attorneys, Rutherford & Christie, LLP, will move this Honorable Court on a date and time to be decided by this Honorable Court for an Order for:

1) a Judgment Not Withstanding the Verdict pursuant to FRCP Rule 50(b) dismissing plaintiffs causes of action for intentional infliction of emotional distress and loss of consortium or, in the alternative;

2) a Judgment pursuant to FRCP Rule 59(e) for *remittitur* of the jury's compensatory and punitive damages awards.

Dated:   New York, New York
         May 15, 2009

                        Respectfully submitted,

                        **RUTHERFORD & CHRISTIE, LLP**

            By:   *Samantha Vélez*
                      Lewis R. Silverman (LS 9723)
                      Samantha Vélez (SV 5715)
                      Attorneys for Defendants
                      369 Lexington Avenue
                      New York, New York 10017
                      (212) 599-5533

TO:   LEEDS MORELLI & BROWN, P.C.
      Attorneys for Plaintiff
      One Old Country Road, Suite 347
      Carle Place, New York 11514
      (516) 873-9550
      Attention: Rick Ostrove, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **NOTICE OF MOTION, DECLARATION WITH EXHIBIT and POST TRIAL MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT** was furnished via regular mail to Plaintiff's Attorney, LEEDS MORELLI & BROWN, P.C., One Old Country Road, Suite 347, Carle Place, NY 11514, Attention: Rick Ostrove, Esq., on this 15th day of May, 2009.

*Samantha Velez*
**Samantha Velez (SV 5715)**